UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DERRICK LYNN HAYNES, 1147049, ) </br> ) </br> Petitioner, ) </br> ) </br> VS. ) </br> ) </br> RICK THALER, Director, Texas ) </br> Department of Criminal Justice, ) </br> Correctional Institutions Division, ) </br> ) </br> Respondent. ) | CIVIL ACTION NO. </br></br> 3:07-CV-2148-G </br></br> **ECF** |

### ORDER

After making the review required by 28 U.S.C. § 636(b), the court finds that the findings, conclusions and recommendation of the magistrate judge are correct, and they are **ADOPTED** as the findings and conclusions of the court.

  **SO ORDERED**.

October 26, 2009.

_____
**A. JOE FISH**
**Senior United States District Judge**